UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN ZEITZ,

        Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No. 24-cv-02766-HSG

**SCHEDULING ORDER**

A case management conference was held on August 13, 2024. Having considered the parties' proposal, *see* Dkt. No. 18, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 6, 2024 |
| Close of Discovery | January 31, 2025 |
| Deadline to Hear Non-Dispositive Motions | February 27, 2025, at 2:00 p.m. |
| Unum to Lodge Administrative Record | March 28, 2025 |
| Parties' Opening Rule 52 Motions | April 4, 2025 |
| Parties' Opposition Briefs | April 25, 2025 |
| Rule 52 Cross-Motions Hearing/ Bench Trial | May 16, 2025, at 10:00 a.m. |

//

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/15/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge